UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>  Plaintiff,<br><br>  v.<br><br>M. GAMBOA, et al.,<br><br>  Defendants. | Case No.  1:21-cv-00392-EPG (PC)<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>(ECF. No. 9) |

Plaintiff Luis Manuel Garces ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a complaint on March 12, 2021. (ECF No. 1.) On March 23, 2021, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 9.)

Federal Rule of Civil Procedure 15(a)(1) provides: "A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."

Here, the complaint has not been served nor has a responsive pleading been served. In addition, Plaintiff has not previously amended his complaint. Thus, Plaintiff may file an amended complaint once as a matter of course.

///

1

The amended complaint should be clearly and boldly titled "First Amended Complaint," refer to the appropriate case number, and be an original signed under penalty of perjury. Plaintiff should note that although he has the opportunity to amend, it is not for the purpose of changing the nature of this suit or adding unrelated claims. *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007) (no "buckshot" complaints). Plaintiff is also advised that an amended complaint supersedes the original complaint, *Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (*en banc*), and must be complete in itself without reference to the prior or superseded pleading, Local Rule 220. Therefore, in an amended complaint, as in an original complaint, each claim must be sufficiently alleged. The amended complaint must also state what each named defendant did that led to the deprivation of Plaintiff's constitutional or other federal rights. Fed. R. Civ. P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Jones v. Williams*, 297 F.3d 930, 934 (9th Cir. 2002). Plaintiff must demonstrate that each defendant *personally* participated in the deprivation of his rights. *Jones*, 297 F.3d at 934 (emphasis added).

Accordingly, Plaintiff's motion for leave to file an amended complaint (ECF No. 9) is GRANTED. Plaintiff may file an amended complaint within thirty (30) days after service of this order. If Plaintiff fails to file an amended complaint within the thirty-day period, the Court will screen the original complaint in due course as required by 28 U.S.C. §§ 1915 and 1915A.

IT IS SO ORDERED.

Dated: **March 24, 2021**           /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE