1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES, | Case No.  1:21-cv-00392-JLT-EPG (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING REQUEST TO TERMINATE PRIOR ATTORNEY GENERAL GREORY L. YOUNG FROM SERVICE LIST |
| D. HERNANDEZ, et al., | |
| Defendants. | |
| | (ECF No. 54) |

On July 21, 2022, Defendants filed a request to terminate prior Deputy Attorney General Gregory L. Young from the service list in this case because Mr. Young is no longer employed by the Office of the Attorney General and was terminated from this matter on April 8, 2022. (ECF No. 54; *see also* ECF No. 36.)

Having considered the request, IT IS HEREBY ORDERED that the Clerk of Court is directed to remove Gregory L. Young from the list of individuals to be served in this action.

IT IS SO ORDERED.

Dated:   **July 25, 2022**                          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

1