1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    EASTERN DISTRICT OF CALIFORNIA
9
10   LUIS MANUEL GARCES,                    Case No.  1:21-cv-00392-JLT-EPG

11              Plaintiff,                  ORDER DIRECTING SERVICE OF
                                            SUBPOENA BY THE UNITED STATES
12        v.                                MARSHALS SERVICE WITHOUT
                                            PREPAYMENT OF COSTS
13   M. GAMBOA, *et al.*,
                                            (ECF No. 104).
14              Defendants.
                                            ORDER DIRECTING CLERK TO ATTACH
15                                          COPY OF SUBPOENA TO THIS ORDER
16
17
18

19        Plaintiff Luis Manuel Garces ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

20   *forma pauperis* in this action pursuant to 42 U.S.C. § 1983. This case proceeds, in part, on

21   Plaintiff's claims against Defendants Gamboa, Babb, and Sanders for procedural due process in

22   violation of the Fourteenth Amendment based on Plaintiff's allegations that those defendants

23   altered and fabricated evidence, which was used as probable cause to prosecute Plaintiff for

24   assault on a peace officer.[1] (*See* ECF No. 79, p. 10). The state criminal case resulted in a directed

25

26   _____
     [1] This action also proceeds on Plaintiff's claims against Defendants Hernandez, Hubbard, Huerta, Cathey, Wolf, and
     Allison for excessive force in violation of the Eighth Amendment and against Defendants Hernandez, Hubbard, Gill,
27   Ibarra, Camacho, Argon, Ramadan, and Boyd for deliberate indifference to serious medical needs in violation of the
     Eighth Amendment. (*See* ECF Nos. 79, 80).
28

1

verdict in Plaintiff's favor. (*Id.*)

On January 4, 2023, the Court authorized Plaintiff to issue a subpoena *duces tecum* so that Plaintiff could seek trial transcripts and photographic evidence used during the state criminal case from Plaintiff's defense attorney, Ms. Melina Benninghoff. (ECF No. 96). Plaintiff has now completed and returned the subpoena and USM-285 form. (ECF No. 104).

For the reasons discussed in the Court's previous order (ECF No. 96), Plaintiff's completed subpoena sufficiently identifies the documents sought and the person in custody or possession of those documents.

Accordingly, IT IS ORDERED that:

1. Any response and/or responsive documents shall be produced to Plaintiff at his current address within twenty-one (21) days upon service of the subpoena: Luis Manuel Garces, V47652, Kern Valley State Prison C-2-115 LW, P.O. Box 6000, Delano, CA 93216.

2. The Clerk of Court shall forward the following documents to the United States Marshals Service:

   a. One (1) completed and issued subpoena *duces tecum*;

   b. One (1) completed USM-285 form; and

   c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

3. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.

4. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon Melina Benninghoff pursuant to Rue 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

\\\
\\\
\\\

6.  Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:   **January 31, 2023**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE