UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>                             Plaintiff,<br><br>     v.<br><br>M. GAMBOA, *et al.*,<br><br>                             Defendants. | Case No. 1:21-cv-00392 JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 123). |

The Court has read and considered Defendants' motion to modify the scheduling order. (*See* ECF No. 123). Based on Defendants' representation that additional time is needed "to analyze an exhaustion defense, and to file an appropriate motion addressing specific claims against the fifteen Defendants," (*id.* at 3), the Court finds good cause exists to modify the scheduling order. Accordingly, IT IS ORDERED that Defendants shall file any motion challenging the exhaustion of administrative remedies on or before May 8, 2023. All other provisions of the Court's scheduling order (ECF No. 79) remain in full force and effect.
IT IS SO ORDERED.

Dated:  **March 20, 2023**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE