UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>  Plaintiff,<br><br>  v.<br><br>M. GAMBOA, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER REQUIRING RESPONSE FROM DEFENDANTS<br><br>RESPONSE DUE IN SEVEN (7) DAYS |

      Luis Manuel Garces ("Plaintiff") is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On March 24, 2023, Plaintiff filed a motion for an extension of time to complete discovery and file discovery motions. (ECF No. 125). Plaintiff states that an extension is necessary because Defendants have "coordinated with Prison Wardens to seize [Plaintiff's] legal work since 1/18/23 to 3/19/2023." (*Id.* at 1). Further, Plaintiff states that Defendants have coordinated with prison wardens to harass Plaintiff by transferring him multiple times. (*Id.* at 2). Plaintiff's motion indicates that Plaintiff has been "sequestered" in administrative segregation where his legal work and personal property has been seized. (*Id.*) In addition to an extension in discovery deadlines, Plaintiff also seeks a court order directing Defendants to release to Plaintiff

all legal work that has been seized from Plaintiff.

To aid the Court's consideration of Plaintiff's motion, the Court will require Defendants to file a response to Plaintiff's motion (ECF No. 125) within seven days.

IT IS SO ORDERED.

Dated: __**March 31, 2023**__                     /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE