UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>M. GAMBOA, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 138). |

　　　The Court has read and considered Defendants' motion to modify the scheduling order. (*See* ECF No. 138). Based on Defendants' representation that additional time is needed to allow the appeals branch of California Correctional Health Care Services to complete declarations in support of Defendants' exhaustion analysis as well as to allow Defendants' counsel time to finalize briefing and supporting declarations, (*id.* at p. 3), the Court finds good cause exists to modify the scheduling order. Accordingly, IT IS ORDERED that Defendants shall file any motion challenging the exhaustion of administrative remedies on or before June 7, 2023.  All other provisions of the Court's scheduling order (ECF No. 79) remain in full force and effect. IT IS SO ORDERED.

Dated:　**May 9, 2023**　　　　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE