**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>        Plaintiff,<br><br>   v.<br><br>M. GAMBOA,<br><br>        Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 125, 137). |

      Luis Manuel Garces filed a motion that included a request for an order requiring Defendants "release all legal work that is being seized." (Doc. 125.) The assigned magistrate judge interpreted this request as one under the All Writs Act and entered findings and recommendations, recommending that Plaintiff's request be denied because Plaintiff failed to show that corrections staff are impeding his ability to litigate this action. (Doc. 137).

      The Court provided the parties an opportunity to file objections to the findings and recommendations. Plaintiff filed extensive objections to several pending findings and recommendations on May 22, 2023. (Doc. 143.) Plaintiff generally objects on the grounds that the assigned magistrate is biased against Plaintiff and has not properly considered Plaintiff's declarations and evidence. Plaintiff also filed a declaration in support of his objections. (Doc. 145).

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Plaintiff's objections and declaration cover numerous subjects but fail to explain with clarity and specificity the legal materials he is unable to access. This stands in contrast to the declarations filed by Defendants, which explain that, aside from days where Plaintiff was transported between facilities, Plaintiff has had physical possession of his legal property or retained the ability to request access to his legal property. Therefore, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 26, 2023 (Doc. 137), are **ADOPTED IN FULL**.
2. Plaintiff's request for an order under the All Writs Act (Doc. 125) is **DENIED**.

IT IS SO ORDERED.

Dated:   **May 26, 2023**

                                                                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES DISTRICT JUDGE