# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. GAMBOA,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 103, 108, 118). |

　　　　Luis Manuel Garces filed a motion for a temporary restraining order. (Doc. 103.) Plaintiff subsequently filed a second motion for a temporary restraining order. (Doc. 108.) The assigned magistrate judge entered findings and recommendations, recommending that both motions be denied. (Doc. 118.)

　　　　The Court provided the parties an opportunity to file objections to the findings and recommendations. Plaintiff filed extensive objections to several pending findings and recommendations on May 22, 2023. (Doc. 143.) Plaintiff generally objects to the assigned magistrate's recommendation that Plaintiff's motions for a temporary restraining order be denied on the grounds that the assigned magistrate is biased against Plaintiff and has not properly considered Plaintiff's declarations and evidence.

　　　　According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de*

1

*novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.    The findings and recommendations issued on February 21, 2023 (Doc. 118), are **ADOPTED IN FULL**.

    2.    Plaintiff's motions for a temporary restraining order (Docs. 103, 108) are **DENIED**.

IT IS SO ORDERED.

Dated:   **May 26, 2023**

UNITED STATES DISTRICT JUDGE