# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. GAMBOA,<br><br>    Defendants. | Case No.  1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 94, 117) |

      Luis Manuel Garces filed a request for entry of default against Gamboa, Babb, and Sanders. (Doc. 94.) The assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's request for entry of default be denied. (Doc. 117.)

      The Court provided the parties an opportunity to file objections to the findings and recommendations. The Court granted Plaintiff a sixty-day extension of time to file objections to findings and recommendations denying Plaintiff's request for default. (*See* Doc. 122.) Plaintiff filed objections to several pending findings and recommendations, but those objections do not address Plaintiff's request for entry of default. (Doc. 143.)

      According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. The procedures set forth

in Federal Rule of Civil Procedure 15 remain available to Plaintiff should discovery reveal additional, relevant facts. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 21, 2023 (Doc. 117), are **ADOPTED IN FULL**.
2. Plaintiff's request for entry of default (Doc. 94) is **DENIED**.

IT IS SO ORDERED.

Dated:   **May 26, 2023**

UNITED STATES DISTRICT JUDGE