UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. GAMBOA, *et al.*,<br><br>　　　　　　　Defendants. | Case No.  1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 169, 175). |

　　　　Luis Manuel Garces filed a motion for an order under the All Writs Act. (Doc. 169.) The assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's motion be denied. (Doc. 175.)

　　　　The Court provided the parties an opportunity to file objections to the findings and recommendations. On September 15, 2023, Plaintiff filed objections that were docketed as "Objections to Findings and Recommendations 175." (Doc. 176.) However, on review, these objections are dated August 27, 2023, (*id.* at 1), and address various orders issued by the magistrate judge. Plaintiff has since filed other objections (Docs. 178 & 182), but these objections do not specifically address Plaintiff's request for injunctive relief at issue in the magistrate judge's findings and recommendations. The Court has addressed Plaintiff's other objections in a separate order.

1

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 11, 2023 (Doc. 175), are **ADOPTED IN FULL**.
2. Plaintiff's request for an order under the All Writs Act (Doc. 169) is **DENIED**.

IT IS SO ORDERED.

Dated:   **November 30, 2023**                                    /s/ Jennifer L. Thurston
                                                                                      UNITED STATES DISTRICT JUDGE