UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. GAMBOA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 189). |

　　　On November 15, 2023, Plaintiff filed a motion requesting that the Court set a settlement conference in this case. (ECF No. 189). The Court directed Defendants to file a response. (ECF No. 190). On November 30, 2023, Defendants filed a response indicating that "scheduling a settlement conference at this stage is unlikely to resolve the claims brought forth in this action and would not be a productive use of the Court's and parties' time and resources." (ECF No. 196, p. 1).

　　　Accordingly, the Court will DENY Plaintiff's request, and will not order a settlement conference at this time.[1]

---

[1] Even without a settlement conference, Plaintiff may send defense counsel a written settlement offer at any time.

1

Further, Plaintiff is advised that the Court previously directed Defendants to file an updated report regarding settlement fourteen days after a final ruling on dispositive motions to the extent any claims remain, or if no dispositive motions are filed, fourteen days following the deadline for dispositive motions. (*See* ECF No. 160).

IT IS SO ORDERED.

Dated:   **December 11, 2023**           /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2