**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>          Plaintiff,<br><br>     v.<br><br>M. GAMBOA, *et al.*,<br><br>          Defendants. | Case No. 1:21-cv-00392-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REFEERING THE MATTER TO THE MAGISTRATE JUDGE FOR AN EVIDENTIARY HEARING<br><br>(Docs. 150, 191). |

Defendants Camacho, Ibarra, Gill, Aragon, Ramadan, and Boyd move for summary judgment arguing that Plaintiff Luis Manuel Garces failed to exhaust his available administrative remedies. (Doc. 150.) Defendants requested an evidentiary hearing if the Court determined there was a genuine dispute of material fact. (*Id.* at 15.) The assigned magistrate judge entered Findings and Recommendations, recommending that the motion for summary judgment be denied and that "[a]n evidentiary hearing be set to determine whether Plaintiff exhausted his administrative remedies by timely filing a grievance regarding his medical deliberate indifference claim that was improperly processed by prison officials." (*Id.* at 14.)

The Court provided the parties an opportunity to file objections to the Findings and Recommendations. Defendants filed objections. (Doc. 201.) Plaintiff filed untimely objections, (Doc. 205), and an untimely response to Defendants' objection. (Doc. 209.)

1

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court performed a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. The procedures set forth in Federal Rule of Civil Procedure 15 remain available to Plaintiff should discovery reveal additional, relevant facts. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 27, 2022 (Doc. 49), are **ADOPTED IN FULL**.
2. This matter is referred to the assigned magistrate judge to conduct an evidentiary hearing to determine whether Plaintiff exhausted his administrative remedies.

IT IS SO ORDERED.

Dated:   **March 15, 2024**

UNITED STATES DISTRICT JUDGE

2