UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>          Plaintiff,<br><br>v.<br><br>M. GAMBOA, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE LUIS MANUEL GARCES (INMATE #V-47652) FOR VIDEO EVIDENTIARY HEARING<br><br>DATE: May 28, 2024<br>TIME: 1:30 p.m. |

**Luis Manuel Garces, ID #V-47652,** a necessary and material party in proceedings in a evidentiary hearing in this case on May 28, 2024, is confined at California State Prison, Los Angeles County, P.O. Box 4670, Lancaster, California, 93539-4670, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement on May 28, 2024, at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a pretrial conference at the time and place above, until completion of the pretrial conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting the Court's Courtroom Deputy, Michelle Means Rooney (mrooney@caed.uscourts.gov).

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden and Litigation Coordinator at California State Prison, Los Angeles County at (661) 729-2000 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Michelle Means Rooney, Courtroom Deputy, at mrooney@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Los Angeles County, P.O. Box 4670, Lancaster, California, 93539-4670**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by Zoom video conference, until completion of the evidentiary hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:   **April 17, 2024**                              /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE



2