UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. GAMBOA, *et al.*,<br><br>    Defendants. | Case No.  1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA TO ADVENTIST HEALTH BAKERSFIELD BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 229).<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO ADVENTIST HEALTH BAKERSFIELD TO THIS ORDER |

    Plaintiff Luis Manuel Garces ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. The Court previously granted Plaintiff permission to issue a subpoena to Adventist Health Bakersfield for hospital medical records regarding Plaintiff's MRI that occurred in March 2023. (ECF Nos, 204, 229). Plaintiff has now completed and returned the subpoena and USM-285 form.

    As the response date listed by Plaintiff in the subpoena has already passed, the Court will extend the response date. The Court will give Adventist Health Bakersfield twenty-one days from the date of service of the subpoena to respond to the subpoena.  Additionally, any responsive

1

records may be mailed to Plaintiff at the address listed on the subpoena.[1]

Further, Plaintiff's subpoena lists Jonathan R. Perry, M.D., at Adventist Health Bakersfield, as the person to whom the subpoena is directed. However, the Court only allowed Plaintiff to subpoena Adventist Health Bakersfield. Therefore, Dr. Perry is not required to answer the subpoena, except to the extent Dr. Perry's records are held by Adventist Health Bakersfield.

Finally, the Court will direct the United States Marshal Service to serve the subpoena on Adventist Health Bakersfield.

Accordingly, IT IS ORDERED that:

1. **Adventist Health Bakersfield** has TWENTY-ONE (21) DAYS from the date of service of the subpoena to respond to the subpoena.
2. Any response and/or responsive documents shall be produced to Plaintiff the following address within twenty-one (21) days upon service of the subpoena: Luis Manuel Garces, #V-47652, California State Prison, Los Angeles County, D1-149, P.O. Box 8457, Lancaster, CA, 93539-8457.
3. **Adventist Health Bakersfield** is required to produce the MRI images of Plaintiff's spine made on or around March 7, 2023 (with and without contrast), and any medical records related to the MRI of Plaintiff's spine made on or around March 7, 2023, that were sent to prison authorities.
4. Jonathan R. Perry, M.D., is not required to produce anything in response to the subpoena.
5. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

---

[1] Plaintiff's subpoena form lists the address for legal mail at California State Prison, Los Angeles County, which is different than Plaintiff's mailing address (#V-47652, California State Prison, Los Angeles County, P.O. Box 4670, Lancaster, CA 93539-4670). The Court assumes that Plaintiff has provided the correct address for responses to subpoenas issued by inmates at CSP-LAC.

6. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.

7. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon **Adventist Health Bakersfield** pursuant to Rue 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

8. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

9. Within TEN (10) DAYS after personal service to **Adventist Health Bakersfield**, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:   **April 26, 2024**                           /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

Case 1:21-cv-00392-JLT-EPG   Document 246   Filed 04/26/24   Page 4 of 6

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

ISSUED

Luis Manuel Garces
_____
Plaintiff
v.

M. Gamboa, et al.,
_____
Defendant

)
)
)
)
)
)

Civil Action No. 1:21-CV-00392 JLT-EPG

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Perry, MD, Jonathan R on Month
_____
(Name of person to whom this subpoena is directed)

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Whole MRI'S films been made to my Spine Colum on 3/7/23 (with Contrast and those without Contrast); All Diagnostic and Recommendation You sent to prison's Heath Care Authorities Regarding the 3/7/23 MIS Identify Disease/Problem

| Place: Luis Manuel Garces V47652 C.S.P. LAC-D1-147, P.O. Box 8457 Lancaster, CA 93539 | Date and Time: No later than 4/27/24 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/26/2024          **Keith Holland, Clerk**

_____      OR      _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Pro Se, Luis Manuel Garces V47652, who issues or requests this subpoena, are:
C.S.P. LAC-D1-149, P.O. Box 8457, Lancaster, CA 93539

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Case 1:21-cv-00392-JLT-EPG   Document 246   Filed 04/26/24   Page 5 of 6

Civil Action No. 1:21-CV-00392-JLT-EPG

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | Luis Manuel Garces | COURT CASE NUMBER | 1:21-CV-00392 JLT EPG |
|---|---|---|---|
| DEFENDANT | M. Gamboa, et al., | TYPE OF PROCESS | SUBPOENA |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: PERRY, M.D. JONATHAN R.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): ADVENTIST HEALTH HOSPITAL, 2615 Chester Ave, Bakersfield, CA 93301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PERRY, M.D. JONATHAN R.
At: BAKERSFIELD'S ADVENTIST HEALTH HOSPITAL
2615 CHESTER Ave, BAKERSFIELD, CA 93301

- Number of process to be served with this Form 285: 2
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

DATE: 4/26/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,

PRIOR EDITIONS MAY BE USED

Form USM-285