UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>            Plaintiff,<br><br>     v.<br><br>M. GAMBOA, *et al.*,<br><br>            Defendant. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER REQUESTING RESPONSE FROM ADVENTIST HEALTH BAKERSFIELD REGARDING COMPLIANCE WITH SUBPOENA<br><br>ORDER GRANTING PLAINTIFF PERMISSION TO FILE MOTION TO COMPEL<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO SEND ORDER TO CHRISTINA MAESE, DIRECTOR OF PHYSICIAN SERVICES AT ADVENTIST HEALTH BAKERSFIELD |

   Plaintiff Luis Manuel Garces is a state prisoner proceeding *in forma pauperis* and *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2024, the Court granted Plaintiff leave to issue a third-party subpoena directed to Adventist Health Bakersfield. (ECF No. 229). Because it appears that Adventist Health Bakersfield improperly failed to respond to the subpoena, the Court will require a further response from Adventist Health Bakersfield and will grant Plaintiff permission to file a motion to compel after Adventist Health Bakersfield has had a chance to respond to this order.

   Specifically, on April 26, 2024, the Court authorized service of Plaintiff's subpoena by the

United States Marshals Service. (ECF No. 246). That subpoena requested medical documents related to Mr. Garces including the MRI films made to Mr. Garces' spine column on March 7, 2023, as well as all diagnostic and recommendation sent to the prison's Health Care Authorities regarding the MRIs.

Although the subpoena was directed to Jonathan R. Perry, M.D., the Court's order clarified that Adventist Health Bakersfield should respond to the subpoena. Indeed, the Court stated in its order authorizing service, which was also served on Adventist Health Bakersfield: "Further, Plaintiff's subpoena lists Jonathan R. Perry, M.D., at Adventist Health Bakersfield, as the person to whom the subpoena is directed. However, the Court only allowed Plaintiff to subpoena Adventist Health Bakersfield. Therefore, Dr. Perry is not required to answer the subpoena, except to the extent Dr. Perry's records are held by Adventist Health Bakersfield." (ECF No. 246, at p. 2). The order then stated: "**Adventist Health Bakersfield** has TWENTY-ONE (21) DAYS from the date of service of the subpoena to respond to the subpoena." (ECF No. 246, p. 2) (emphasis in original).

On May 3, 2024, the United States Marshals Service filed a copy of the returned subpoena as proof of service. (ECF No. 252). The return notes that the "individual to be served is reported deceased." Attached to the subpoena return is a business card for Christina Maese, the director of physician services at Adventist Health Bakersfield.

As it appears that Adventist Health Bakersfield did not respond to the Court's order, and did not provide any of the requested documents based on the misunderstanding that the subpoena was directed solely to Dr. Perry, the Court will allow Adventist Health Bakersfield another opportunity to respond to the subpoena or to explain why it believes it does not need to do so.

Following receipt of that response, or if Adventist Health Bakersfield fails to respond further, Plaintiff may file a motion to compel a response to the subpoena.

Accordingly, IT IS ORDERED that:

1. Adventist Health Bakersfield has until May 30, 2024 to respond to this order by either providing documents responsive to Plaintiff's April 26, 2024 subpoena as further clarified by the Court's order of that date, or by explaining why it believes it does not need to do so.

2. Plaintiff has permission to file a motion to compel regarding Adventist Health Bakersfield's response to his subpoena **after** June 2, 2024, if he chooses to do so.
3. The Clerk's office is respectfully directed to mail a copy of (1) this order, (2) the Court's April 26, 2024 order (ECF No. 246), and (3) the Court's March 14, 2024 order (ECF No. 229) as follows:
   a. Christina Maese, Director Physician Services, 2615 Chester Avenue, P.O. Box 2615, Bakersfield, CA 93303-2615;
   b. Christina Maese, Director Physician Services, 115 West E Street, P.O. Box 1900, Tehachapi, CA 93581-1900.

IT IS SO ORDERED.

Dated:   **May 14, 2024**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

3