UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. GAMBOA, *et al.*,<br><br>        Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER REQUIRING RESPONSE FROM ADVENTIST HEALTH BAKERSFIELD TO PLAINTIFF'S MOTION TO COMPEL THIRD-PARTY SUBPOENA<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO SEND A COPY OF THIS ORDER (AND OTHERS) TO ADVENTIST HEALTH BAKERSFIELD |

Plaintiff Luis Manuel Garces is a state prisoner proceeding *in forma pauperis* and *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court previously granted Plaintiff leave to issue a third-party subpoena directed to Adventist Health Bakersfield, and authorized service of Plaintiff's subpoena by the United States Marshals Service. (ECF Nos. 229, 246). Because the proof of service filed by the United States Marshals Service indicated to the Court that Adventist Health Bakersfield did not respond to the subpoena based on a misunderstanding that the subpoena was directed to an individual physician rather than the hospital itself, the Court issued a further order granting Adventist Health Bakersfield additional time to respond to Plaintiff's subpoena:

> Adventist Health Bakersfield has until May 30, 2024 to respond to this order by either providing documents responsive to Plaintiff's April 26, 2024 subpoena as further clarified by the Court's order of that date, or by explaining why it believes

1

it does not need to do so.

(ECF No. 259 at 2). The Court also granted Plaintiff permission to file a motion to compel *after* June 2, 2024. The Court directed the Clerk's office to serve the order, along with the Court's prior orders, to the individual and addresses listed on the business card attached to the proof of service filed by the United States Marshals Service.[1] (*Id.* at 3).

On June 10, 2024, Plaintiff filed a motion to compel Adventist Health Bakersfield's response to the third-party subpoena. (ECF No. 273). Plaintiff also moves for an order requiring Adventist Health Bakersfield to pay the costs of serving the subpoena as sanctions. (*Id.*) Accordingly, IT IS ORDERED as follows:

1. Adventist Health Bakersfield shall file a response or opposition to Plaintiff's motion to compel and request for sanctions within twenty-one (21) days of this order. Any reply shall be filed within seven (7) days of service of any response or opposition.

2. The Clerk of Court is respectfully directed to serve a copy of (1) this order, (2) the Court's May 14, 2024 order (ECF No. 259), (3) the Court's April 26, 2024 order (ECF No. 246), (4) the Court's March 14, 2024 order (ECF No. 229), and (5) a copy of Plaintiff's motion to compel (ECF No. 273) to Adventist Health Bakersfield as follows:

   a. Christina Maese, Director Physician Services, 2615 Chester Avenue, P.O. Box 2615, Bakersfield, CA 93303.

   b. Adventist Health Bakersfield, ATTN: Legal Department, 2615 Chester Avenue, Bakersfield, CA 93301.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

---

[1] The mail sent to one of these addresses, 115 West E Street, P.O. Box 1900, Tehachapi, CA 93581-1900, was returned as undeliverable.

2

3. Adventist Health Bakersfield is advised that failure to follow this order may result in Adventist Health Bakersfield being held in contempt. *See* Fed. R. Civ. P. 45(g) ("The court for the district where compliance is required — and also, after a motion is transferred, the issuing court — may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.").

IT IS SO ORDERED.

Dated:   **June 12, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

3