UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>             Plaintiff,<br><br>     v.<br><br>M. GAMBOA., *et al*.<br><br>             Defendants. | Case No. 1:21-cv-0392 JLT EPG (PC)<br><br>ORDER VACATING THE "ORDER ADOPTING FINDINGS AND RECOMMENDATIONS" DATED AUGUST 21, 2024 (Doc. 283)<br><br>ORDER DIRECTING THE CLERK OF COURT TO SERVE PLAINTIFF WITH A COPY OF THE FINDINGS AND RECOMMENDATIONS DATED JUNE 26, 2024 (Doc. 279), AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE ANY OBJECTIONS |

Luis Manuel Garces is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Previously, the Court issued an order adopting the Findings and Recommendations of the magistrate judge to grant the motion for summary judgment by Defendants Allison, Gamboa, and Babb.  (Docs. 279, 283.)  Plaintiff objects to this order, asserting that "no document of Finding and Recommendation have been submitted to Plaintiff from the Court Clerk at all," and as a result he was not granted an opportunity to respond. (Doc. 284 at 2-3.)  Plaintiff requests the Court provide the document and that he be granted 30 days to respond to the Findings and Recommendations.  (*Id.* at 3.)  The Court's review of the docket confirms the error, and that the Clerk of Court did not make serve the document upon Plaintiff. For this reason, the Court will vacate its prior order for Plaintiff to have an opportunity to review and respond to the Findings and Recommendations.

Based upon the foregoing, the Court **ORDERS**:

1. The "Order Adopting Findings and Recommendations' dated August 21, 2021 (Doc. 283) is **VACATED**.
2. The Clerk of Court is directed to serve the Findings and Recommendations issued on June 26, 2024 (Doc. 279) with this order upon Plaintiff.
3. Plaintiff is **GRANTED** thirty days from the date of service of this order to file any objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated: __September 16, 2024__                                   /s/ Jennifer L. Thurston
                                                                                    UNITED STATES DISTRICT JUDGE