UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. GAMBOA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO ADVENTIST'S CLAIM THAT HE NOW HAS ALL RESPONSIVE DOCUMENTS<br><br>(ECF No. 287). |

　　　　On September 20, 2024, the Court issued an order directing third-party Adventist Health Bakersfield ("Adventist") to show cause why it should not be held in civil contempt for failing to comply with the Court's order. (ECF No. 286). As the Court's order explained, Adventist was previously ordered to respond to Plaintiff's third-party subpoena to produce Plaintiff's medical records but failed to do so. (*Id.* at 2). The Court directed Adventist to respond, in writing, within fourteen days. (*Id.* at 3[1]). On October 4, 2024, Adventist filed a response. (ECF No. 287).

　　　　Adventist's response indicates that it responded to Plaintiff's third-party subpoena on two occasions (May 28, 2024, and June 21, 2024) pointing out deficiencies with the request which prevented it from locating the requested information. (*Id.* at 1). Adventist indicates that it has

---

[1] Cited page numbers refer to the pagination appearing at the bottom of each page, not the blue numbers generated by the CM/ECF system.

1

since located documents responsive to Plaintiff's subpoena and attached those documents to its response. (*Id.* at 2; *see also* ECF No. 287-1).

In light of Adventist's representation that it has produced documents responsive to Plaintiff's third-party subpoena, the Court directs Plaintiff to file a response indicating whether he now has the documents he requested in his third-party subpoena.

Based on the foregoing, IT IS ORDERED that:

1. Within 14 days of the date of service of this order, Plaintiff shall file a response regarding whether he has received the documents that he subpoenaed from Adventist Health Bakersfield.
2. The Clerk of Court is respectfully directed to mail a copy of this order to Adventist Health Bakersfield as follows:
    a. Christina Maese, Director Physician Services, 2615 Chester Avenue, P.O. Box 2615, Bakersfield, CA 93303.
    b. Adventist Health Bakersfield, ATTN: Legal Department, 2615 Chester Avenue, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated:   **October 7, 2024**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE