# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. GAMBOA., *et al*.<br><br>　　　　　Defendants. | Case No. 1:21-cv-0392 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING SUMMARY JUDGMENT FOR DEFENDANTS ALLISON, GAMBOA, AND BABB<br><br>(Docs. 214, 279) |

Luis Manuel Garces asserts he suffered violations of his civil rights while incarcerated at Corcoran State Prison and proceeds on claims for: (1) excessive force in violation of the Eighth Amendment, (2) deliberate indifference to a serious medical need, and (3) procedural due process in violation of the Fourteenth Amendment. (Docs. 18, 21; *see also* Doc. 80.) Defendants Allison, Gamboa, and Babb moved for summary judgment on the claims raised against them pursuant to Rule 56 of the Federal Rules of Civil Procedure, asserting these "Defendants did not subject Plaintiff to excessive force, violate his due process rights, or otherwise violate Plaintiff's constitutional rights in any way." (Doc. 214 at 1; *see also* Doc. 214-1.)

In a sur-reply to the motion, Plaintiff requested additional discovery be permitted pursuant to Rule 56(d). (Doc. 249.) The magistrate judge observed that the Court issued a scheduling order on October 27, 2022; and the Court ordered "all discovery must be completed by August 24, 2023, more than six months before Plaintiff's current Rule 56(d) request." (Doc. 279 at 8,

1    citing Doc. 78.)  The magistrate judge found Plaintiff did not diligently pursue discovery, despite
2    "ample time and opportunity" to do so. (*Id.*)  Therefore, the magistrate judge recommended
3    Plaintiff's request for additional discovery be denied.  (*Id.*)

4    Evaluating the merits of the motion for summary judgment, the magistrate judge found
5    that "even assuming Plaintiff's facts as true, Plaintiff has not provided any evidence that
6    Defendant Allison directly ordered Defendants Cathey, Hernandez, Huerta, and Wolf to use
7    excessive force against Plaintiff during the March 2019 DRB hearing."  (Doc. 279 at 12.)  In
8    addition, the magistrate judge determined "Plaintiff has not presented evidence that supports the
9    inference that the criminal charges against Plaintiff were based on fabricated evidence," such that
10   there was a due process violation by Gamboa and Babb.  (*Id.* at 17.)  Therefore, the magistrate
11   judge recommended the motion for summary judgment be granted.  (*Id.* at 18.)

12   Plaintiff filed objections to the Findings and Recommendations, asserting the magistrate
13   judge erred in the denial of discovery and recommending the motion for summary judgment be
14   granted.[1]  (Doc. 298.)  Defendants filed a response to the objections, asserting the documents
15   provided by Plaintiff show that he was able to conduct discovery, and the magistrate judge's
16   findings related to the merits of the motion were proper.  (Doc. 300.)

17   According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.
18   Having carefully reviewed the entire matter—including Plaintiff's objections and Defendants'
19   response—the Court concludes the Findings and Recommendations are supported by the record
20   and proper analysis.  Plaintiff does not show the magistrate judge erred in finding that he was not
21   diligent in seeking discovery, and he fails to show additional discovery was necessary to address
22   the arguments raised in the limited motion for summary judgment.  *See Family Home & Fin. Ctr.*
23   *v. Fed. Home Loan Mortg. Corp.*, 525 F.3d 822, 827 (9th Cir. 2008) (identifying the requirements
24   to show discovery is necessary under Rule 56(d)).  Finally, Plaintiff does not establish any
25   genuine issue of material fact related to his claims against Allison, Gamboa, and Babb.
26   ///

---

[1] Plaintiff's objections total 225 pages, including 24 pages of argument and 101 pages of exhibits.  In an effort to conserve the Court's judicial resources, the Court declines to summarize the specific arguments raised or each of the exhibits.

2

Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 26, 2024 (Doc. 279) are **ADOPTED** in full.
2. Plaintiff's request for further discovery (Doc. 249) is **DENIED**.
3. The motion for summary judgment by Defendants Allison, Gamboa, and Babb (Doc. 214) is **GRANTED**.
4. The Clerk of Court is directed to update the docket and terminate Allison, Gamboa, and Babb as defendants.

IT IS SO ORDERED.

Dated:   **September 29, 2025**

UNITED STATES DISTRICT JUDGE

3