**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS MANUEL GARCES,<br><br>       Plaintiff,<br><br>  v.<br><br>D. HERNANDEZ, et al.,<br><br>       Defendants. | Case No. 1:21-cv-00392-JLT-EPG (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO ORDER DENYING PLAINTIFF'S EXPERT DISCLOSURE MOTION<br><br>(Docs. 342, 344) |

Luis Manuel Garces proceeds *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On April 16, 2026, the magistrate judge denied Plaintiff's "Expert Disclosures Motion" (Doc. 341), because, among other things, the motion failed to request relief or state with particularity the grounds for the motion. (Doc. 342.) Plaintiff objects to the magistrate judge's order. (*See* Doc. 344.)

Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Upon review of the magistrate judge's challenged order (Doc. 342), the Court finds that it correctly applied the applicable law.

Accordingly, Plaintiff's objections (Doc. 344) are **OVERRULED,** and the assigned magistrate judge's order (Doc. 342) is **AFFIRMED**.

IT IS SO ORDERED.

  Dated: __**May 11, 2026**__

                                                            
UNITED STATES DISTRICT JUDGE