UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL GARCES,<br>Plaintiff,<br>v.<br>D. HERNANDEZ,<br>Defendants. | 1:21-cv-00392-JLT-EPG (PC)<br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT LUIS MANUEL GARCES, CDC # V-47652, PLAINTIFF<br>**Jury Trial on September 22, 2026 at 8:30 a.m.** |

**Luis Manual Garces, inmate, CDC #V-47652**, a necessary and material party in proceedings in a **jury trial (3-4 day estimate)** beginning on September 22, 2026, is confined at High Desert State Prison, Susanville, CA 96127, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #4, 7th Floor, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, before Judge Jennifer L. Thurston for **the jury trial beginning on September 22, 2026, at 8:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ. The Court may be notified by contacting Irma Munoz, Courtroom Deputy, at imunoz@caed.uscourts.gov.

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at High Desert State Prison, Susanville, CA via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of High Desert State Prison**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **August 24, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE