**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

LUIS MANUEL GARCES,

Plaintiff,

v.

HERNANDEZ, et al.,

Defendants.

Case No.: 1:21-cv-00392-JLT-EPG (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE LUIS MANUEL GARCES, CDC # V-47652**

**LUIS MANUEL GARCES**, CDC # V-47652, a necessary and material party in a jury trial in this case beginning September 22, 2026, is confined at High Desert State Prison, 475-750 Rice Canyon Rd., Susanville, CA 96127 in the custody of the Warden. In order to secure this inmate's attendance at trial, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, along with his legal property relevant to this case, to appear in person before District Judge Jennifer L. Thurston at the United States District Court, Courtroom #4, 2500 Tulare Street, Fresno, California 93721, on **September 23, 2026, at 8:30 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, along with his legal property, to participate in a jury trial, at the time and place above, and continuing from day to day until completion of the jury trial or as ordered by the Court.

2. The custodian **SHALL** notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at High Desert State Prison at Fax # (530) 251-5031 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, High Desert State Prison, P.O. Box 750, Susanville, CA, 96127-0750:**

**WE COMMAND** you to produce the inmate named above, along with his legal property, to appear before Judge Thurston at the time and place above, and from day to day until completion of the jury trial or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: September 22, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE