**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS MANUEL GARCES,<br>Plaintiff,<br>v.<br>HERNANDEZ, et al.,<br>Defendants. | Case No.: 1:21-cv-00392-JLT-EPG (PC)<br><br>NOTICE THAT INMATE LUIS MANUEL GARCES, CDC # V-47652, IS NO LONGER NEEDED AS A PARTY IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

A jury trial in this matter commenced on September 22, 2026. Inmate Luis Manuel Garces, CDC # V-47652, has participated and is no longer needed by the Court as a party in these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated: September 27, 2026

UNITED STATES DISTRICT JUDGE